JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose M Rodriguez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00014-SKO (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 14) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 65-day extension of time, from November 29, 2021  to January 31, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time, but first for this task.  Good cause exists for this extension.  Counsel has recently received a greater

number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in November 2021 and December 2021.  For the weeks of November 22, 2021 and November 29, 2021, Counsel has six merit briefs, several reply and settlement letters.  Counsel also has 15 administrative hearings before the Office of Hearings Operations.

  Counsel has also received an increase in the number of AC denials which require a review for possible filing in US District Court.  Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

  Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021.

  Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays.  Counsel respectfully requests the Court granted the requested extension.

  Counsel for the Plaintiff does not intend to further delay this matter.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

           Respectfully submitted,

Dated: November 21, 2021  PENA & BROMBERG, ATTORNEYS AT LAW

         By: */s/ Jonathan Omar Pena*
         JONATHAN OMAR PENA
         Attorneys for Plaintiff

Dated: November 21, 2021	PHILLIP A. TALBERT
	Acting United States Attorney
	DEBORAH LEE STACHEL
	Regional Chief Counsel, Region IX
	Social Security Administration


	By:  */s/ Sathya Oum
	Sathya Oum
	Special Assistant United States Attorney
	Attorneys for Defendant
	(*As authorized by email on November 20, 2021)

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 31, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **November 22, 2021**	/s/ *Sheila K. Oberto*
	UNITED STATES MAGISTRATE JUDGE