1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel
3  SATHYA OUM
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4846
6        Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                    FRESNO DIVISION

13

14  JOSE M. RODRIGUEZ,                    No.  1:21-CV-0014-SKO

15                    Plaintiff,

16  v.                                    STIPULATION AND ORDER FOR EXTENSION
                                          TO FILE DEFENDANT'S OPPOSITION TO
17                                        PLAINTIFF'S OPENING BRIEF

18  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,  (Doc. 18)
19
                      Defendant.
20

21        The parties stipulate through counsel that Defendant, the Commissioner of Social Security

22  (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening

23  brief in this case.  In support of this request, the Commissioner respectfully states as follows:

24        1.      Primary responsibility for handling this case has been delegated to the Office of

25  the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

26        2.      Defendant's response to Plaintiff's opening brief is currently due March 14, 2022.

27  Defendant has not previously requested an extension of time for this deadline.

28        3.      The Region IX Office currently handles all district and circuit court litigation

Stip. for Ext. 20-1830-SKO

1    involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and

2    Guam.

3          4.      The Region IX Office employs 44 staff attorneys, of whom 30 are actively

4    handling civil litigation involving the Social Security program in the eight assigned jurisdictions.

5    Most of the attorneys who handle program litigation cases have additional responsibilities, such

6    as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the

7    work product of junior attorneys, conducting trainings, and participating in national workgroups.

8    In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has

9    had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-

10   assigned cases into their existing caseloads.

11         5.      As of January 13, 2022, the Region IX Office has 344 district court briefs due in

12   the next thirty days in the jurisdictions it handles.  In addition, the Region IX Office has 12

13   appellate cases pending for briefing.

14         6.      In addition to this "program" litigation, the 30 staff attorneys in the Region IX

15   Office maintain other workload responsibilities, with most of them dedicating 40 percent or more

16   of their time to these workloads.  The Region IX Office provides a full range of legal services as

17   counsel for the Social Security Administration, in a region that covers four states (including the

18   most populous state in the nation) and three territories.  These other workloads include

19   employment litigation; civil rights investigations; bankruptcy matters; and requests for legal

20   advice on wide-ranging topics, including employee conduct and performance, reasonable

21   accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property,

22   and contracts.

23         7.      The undersigned attorney has 24 briefs due in district court cases over the next

24   sixty days, with 14 due in the next 30 days, and with six due on March 14, 2022 alone, and has to

25   prioritize reassigned cases with imminent deadlines that have already been extended.

26         8.      Due to the volume of the overall workload within the Region IX Office, neither the

27   undersigned attorney nor another attorney in the Region IX Office anticipate being able to

28   complete briefing by the current due date of March 14, 2022.  Therefore, Defendant seeks an

1    extension of 60 days, until May 13, 2022 to respond to Plaintiff's opening brief.

2         9.    This request is made in good faith and is not intended to delay the proceedings in

3    this matter.

4         WHEREFORE, Defendant requests until May 13, 2022, to file her opposition to

5    Plaintiff's opening brief.

6

7                                    Respectfully submitted,

8

9    DATE: March 8, 2022              */s/Jonathan Peña*
                                      JONATHAN PEÑA o.b.o. Dolly M. Trompeter
10                                    Attorneys for Plaintiff
                                      (as approved via email on 3/7/22)
11

12                                    PHILLIP A. TALBERT
                                      United States Attorney
13

     DATE: March 8, 2022        By   *s/ Sathya Oum_____*
14                                    SATHYA OUM _____
                                      Special Assistant United States Attorney
15

16                                    Attorneys for Defendant

17

18                                    ORDER

19

20         Pursuant to the foregoing stipulation (Doc. 18), and for good cause shown, IT IS

21   HEREBY ORDERED that Defendant shall have an extension, up to and including May 13, 2022,

     to file their response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 13)
22
     shall be extended accordingly.
23

24   IT IS SO ORDERED.

25   Dated:   **March 9, 2022**              */s/ Sheila K. Oberto*
26                                    UNITED STATES MAGISTRATE JUDGE

27

28